352 A.2d 398.
WILLIAM GRANGER *et al. vs.* WALTER JOHNSON.

MARCH 12, 1976.

PRESENT: Paolino, Acting C. J., Joslin, Kelleher and Doris, JJ.

PER CURIAM. The court being equally divided, the judgment of the Superior Court is affirmed.

Motion to reargue granted.

Mr. Chief Justice Roberts was present at oral argument but retired prior to consideration or decision of this case.

*Blais, Cunningham, Thayer, Gagnon & Ross, Ronald R. Gagnon,* for plaintiffs.

*Francis O'Brien,* for defendant.